No. 127, Misc. GIBBS *v.* BURKE, WARDEN. Supreme Court of Pennsylvania. Certiorari granted.

No. 260. UNITED STATES EX REL. EICHENLAUB *v.* WATKINS, DISTRICT DIRECTOR OF IMMIGRATION & NATURALIZATION. C. A. 2d Cir. Certiorari denied. *Charles E. Wallington* for petitioner. *Solicitor General Perlman, Robert S. Erdahl* and *Josephine H. Klein* for respondent.

No. 277. BROTHERHOOD OF LOCOMOTIVE ENGINEERS ET AL. *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Carl McFarland, Ashley Sellers* and *Kenneth L. Kimble* for petitioners. *Solicitor General Perlman, Assistant Attorney General Morison, Samuel D. Slade* and *Morton Liftin* for the United States.

No. 285. FIRST STATE BANK OF STRATFORD *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *Sterling E. Kinney* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Lee A. Jackson* and *Melva M. Graney* for respondent.

No. 293. HICKEY & Co. ET AL. *v.* UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied. *Allen Wight* for petitioners. *Solicitor General Perlman, Assistant Attorney General Morison, Newell A. Clapp, Paul A. Sweeney* and *Oscar H. Davis* for respondents.

No. 316. MULCAHY, TRUSTEE, *v.* NEW YORK, NEW HAVEN & HARTFORD RAILROAD Co. ET AL. C. A. 2d Cir.